**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western ___ District of ___ North Carolina ___
(State)

Case number (*if known*): _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a *joint* case--and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1. Your full name** | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Steven<br>First name<br><br>Edward<br>Middle name<br><br>Williams<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | | xxx – xx – 7830 _____<br><br>OR<br><br>9xx – xx – _____ | xxx – xx – _____<br><br>OR<br><br>9xx – xx – _____ |

| Debtor 1 | Steven | Edward | Williams | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

☐ I have not used any business names or EINs.

Williams Lodging, LLC
Business name

Williams Hospitality LLC
Business name

45 - 5535847
EIN

45 - 5583544
EIN

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ I have not used any business names or EINs.

Business name

Business name

___ - _____
EIN

___ - _____
EIN

**5. Where you live**

435 S. Tryon  St.
Number        Street

Unit 708

Charlotte, NC  28202
City                          State      Zip Code

Mecklenburg
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

4104 Dawn Dr.
Number        Street

P.O. Box

Benbrook, TX  76116
City                          State      Zip Code

**If Debtor 2 lives at a different address:**

Number        Street

City                          State      Zip Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                          State      Zip Code

**6. Why are you choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

| Debtor 1 | Steven | Edward | Williams | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

**8. How will you pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A)

☐ **I request that my fee be waived.** (You may request this option only if you are filing for

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes    District _____    When _____    Case number _____
                                         MM / DD / YYYY

         District _____    When _____    Case number _____
                                         MM / DD / YYYY

         District _____    When _____    Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes    Debtor _____    Relationship to you _____

         District _____    When _____    Case number, if known _____
                                         MM / DD / YYYY

         Debtor _____    Relationship to you _____

         District _____    When _____    Case number, if known _____
                                         MM / DD / YYYY

**11. Do you rent your residence?**

☒ No    Go to line 12.

☐ Yes    Has your landlord obtained an eviction judgment against you?

         ☐ No    Go to line 12.

         ☐ Yes    Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Steven | Edward | Williams | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

[x] No    Go to part 4.

[ ] Yes    Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                                          State      Zip Code

*Check the appropriate box to describe your business:*

[ ] Health Care Business (as defined in U.S.C. § 101(27A))

[ ] Single Asset Real Estate (as defined in U.S.C. § 101(51B))

[ ] Stockbroker (as defined in U.S.C. § 101(53A))

[ ] Commodity Broker (as defined in U.S.C. § 101(6))

[x] None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D)

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set the appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in U.S.C. § 1116(1)(B).

[x] No    I am not filing under Chapter 11.

[ ] No    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

[ ] Yes    I am filing under Chapter 11, and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

[x] No

[ ] Yes    What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____
Number          Street

_____

_____
City                                          State      Zip Code

| Debtor 1 | Steven | Edward | Williams | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 5:**   Explain Your Efforts to Receive a Briefing About Credit Counseling

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again

*You must check one:*

[x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

  [ ] **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  [ ] **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  [ ] **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

*You must check one:*

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

  [ ] **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  [ ] **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  [ ] **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Steven | Edward | Williams | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ No. I am not filing under Chapter 7. Go to line 18.
☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☒ 1 - 49
☐ 50 - 99
☐ 100 - 199
☐ 200 - 999

☐ 1,000 - 5,000
☐ 5,001 - 10,000
☐ 10,001 - 25,000

☐ 25,001 - 50,000
☐ 50,001 - 100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1,000,000

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1,000,000

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  /s/ Steven Williams                          X _____
Signature of Debtor 1                              Signature of Debtor 2

Executed on   03/12/2019                         Executed on _____
              MM / DD / YYYY                                   MM / DD / YYYY

| Debtor 1 | Steven | Edward | Williams | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by U.S.C. § 342(b) and, in a case which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X    /s/  BLWhite                                              Date    3/12/2018

Signature of Attorney for Debtor                              MM / DD / YYYY

Barbara L. White

Printed name

Attorney at Law

Firm name

1101 South Boulevard, Suite 201

Number        Street

Charlotte                                    NC            28203

City                                         State         Zip Code

Contact phone    (704) 375-9411        Email address    barbara@barbaralwhite.com

10105                                    NC

Bar number                               State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No  Go to Part 2.
☒ Yes.  Where is the property?

**1.1**    435 S. Tryon St.
Street address, if available, or other description

#708

Charlotte, NC  28202
City        State    Zip Code

Mecklenburg
County

**What is the property?**  Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

*Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 325,000.00

**Current value of the portion you own?**
$ 47,133.01

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check of this is community property
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**  12505252

If you own or have more than one, list here:

**1.2**    705 Fox Ave.
Street address, if available, or other description

Cloudcroft, NM  88317
City        State    Zip Code

Otero
County

**What is the property?**  Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

*Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 120,461.00

**Current value of the portion you own?**
$ 77,344.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**  R035826

Debtor 1    Steven      Edward      Williams        Case number (if known) _____

       First Name       Middle Name       Last Name

---

**1.3**  112 Squirrel Ave.
Street address, if available, or other description

Cloudcroft, NM  88317
City      State      Zip Code

Otero
County

**What is the property?**  Check all that apply.

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $  106,825.00 | $  54,391.57 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

- [ ] **Check of this is community property** (see instructions)

---

**1.4**  306 Burro Ave.
Street address, if available, or other description

Cloudcroft, NM  88317
City      State      Zip Code

Otero
County

**What is the property?**  Check all that apply.

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [x] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 250,000.00 | $ 0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Joint tenancy

- [ ] **Check of this is community property** (see instructions)

---

**1.5**  102 Mexican Ave.
Street address, if available, or other description

Cloudcroft, NM  88317
City      State      Zip Code

Otero
County

**What is the property?**  Check all that apply.

- [ ] Single-family home
- [x] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 500,000.00 | $ 235,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- [ ] **Check of this is community property** (see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ................................................................ -> 

$ _____

Debtor 1    Steven        Edward        Williams                Case number (if known)
            First Name    Middle Name   Last Name

---

1.3    El Dorado Resorts
       Street address, if available, or other description

       100 W. Liberty St., Ste. 1150

       Reno, NV  89501
       City              State    Zip Code


       County

**What is the property?**  Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building

☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property

☒ Timeshare
☐ Other

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 1,000.00                $ 0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has a interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check of this is community property
   (see instructions)

Other information you wish to add about this item, such as local property identification number:

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here ..................................................................... ->    $ 413,868.58

---

**Part 2:**    **Describe Your Vehicles**

**Do you own, lease, or have equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1    Make:    BMW

       Model:    428I 2 Dr.

       Year:    2015

       Approximate mileage:    28,500

       Other information:

       VIN: WBA3N3C58FK233691

**Who has an interest in the property?**  Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 20,800.00                $ 20,800.00

If you own or have more than one, list here:

3.2    Make:

       Model:

       Year:

       Approximate mileage:

       Other information:

**Who has an interest in the property?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$                $

---

Official Form 106A/B                **Schedule A/B: Property**                Page 3

Debtor 1    Steven            Edward            Williams                    Case number (if known) _____
            First Name        Middle Name       Last Name

---

**3.3** Make: _____    **Who has an interest in the property?**  Check one.    Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: _____    ☐ Debtor 1 only
                              ☐ Debtor 2 only
                              ☐ Debtor 1 and Debtor 2 only    **Current value of the**    **Current value of the**
Year: _____     ☐ At least one of the debtors and another    **entire property?**    **portion you own?**

Approximate mileage: _____    ☐ **Check if this is community property** (see    $_____    $_____
                                        instructions)

Other information:
┌─────────────────────────────┐
│                             │
└─────────────────────────────┘

---

**3.4** Make: _____    **Who has an interest in the property?**  Check one.    Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: _____    ☐ Debtor 1 only
                              ☐ Debtor 2 only
                              ☐ Debtor 1 and Debtor 2 only    **Current value of the**    **Current value of the**
Year: _____     ☐ At least one of the debtors and another    **entire property?**    **portion you own?**

Approximate mileage: _____    ☐ **Check if this is community property** (see    $_____    $_____
                                        instructions)

Other information:
┌─────────────────────────────┐
│                             │
└─────────────────────────────┘

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

**4.1** Make: _____    **Who has an interest in the property?**  Check one.    Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: _____    ☐ Debtor 1 only
                              ☐ Debtor 2 only
                              ☐ Debtor 1 and Debtor 2 only    **Current value of the**    **Current value of the**
Year: _____     ☐ At least one of the debtors and another    **entire property?**    **portion you own?**

                              ☐ **Check if this is community property** (see    $_____    $_____
Other information                 instructions)
┌─────────────────────────────┐
│                             │
└─────────────────────────────┘

If you own or have more than one, list here:

**4.2** Make: _____    **Who has an interest in the property?**  Check one.    Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: _____    ☐ Debtor 1 only
                              ☐ Debtor 2 only
                              ☐ Debtor 1 and Debtor 2 only    **Current value of the**    **Current value of the**
Year: _____     ☐ At least one of the debtors and another    **entire property?**    **portion you own?**

                              ☐ **Check if this is community property** (see    $_____    $_____
Other information                 instructions)
┌─────────────────────────────┐
│                             │
└─────────────────────────────┘

---

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here ............................................................ –>    $ 20,800.00

| Debtor 1 | Steven | Edward | Williams | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes.  Describe..........    Furniture, appliances, kitchenware,        $  745.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes.  Describe..........    TV, home computer        $  125.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes.  Describe..........        $

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes.  Describe..........        $

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes.  Describe..........    20 gauge shotgun, 9 mm. pistol, .22 long rifle        $  500.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes.  Describe..........    Everyday clothing, work clothes, outerwear, shoes, accessories        $  200.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes.  Describe..........    Watch, wedding ring        $  500.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes.  Describe..........        $

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☒ Yes.  Describe..........    Glasses        $

**15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write that number here** ........................................................................... ->    $ 2,070.00

| Debtor 1 | Steven | Edward | Williams | Case number (if known) |
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes.................................................................................................    Cash: ................    $ 400.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................          Institution name:

| 17.1 Checking account: | Capital One xxx3999 | $ 17,476.00 |
| 17.2 Checking account: | Wells Fargo xxx1157 | $ 4,910.00 |
| 17.3 Savings account: | Capital One xxx5688 (joint) | $ 2,012.50 |
| 17.4 Savings account: | | $ |
| 17.5 Certificates of deposit: | | $ |
| 17.6 Other financial account: | First National ckg. xxx3201 | $ 50,000.00 |
| 17.7 Other financial account: | First National ckg. xxx6601 | $ 200.00 |
| 17.8 Other financial account: | Wells Fargo ckg. xxx6409 | $ 250.00 |
| 17.9 Other financial account: | Wells Fargo ckg. xxx6417 | $ 5,873.14 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes.....................          Institution or issuer name:

$ _____
$ _____
$ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
| Williams Lodging, LLC | 40 % | $ 0.00 |
| Williams Hospitality LLC | 85 % | $ 0.00 |
| | % | $ |

Debtor 1    _Steven_____    _Edward_____    _Williams_____    Case number (if known) _____
           First Name                  Middle Name                 Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them

☒ No
☐ Yes.....................    Issuer name:

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes.  List each
account separately

| Type of account | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | Fidelity IRA xxx1257 | $ 161,686.40 |
| Pension plan: | | $_____ |
| IRA: | Roth IRA xxx1182 | $ 2,009.04 |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | Ally Financial Inc. Retirement xxx001 | $ 165,867.43 |
| Additional account: | | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes.....................    Institution name or individual:

| | |
|---|---|
| Electric: | $_____ |
| Gas: | $_____ |
| Heating oil: | $_____ |
| Security deposit on rental unit: | $_____ |
| Prepaid rent: | $_____ |
| Telephone: | $_____ |
| Water: | $_____ |
| Rented furniture: | $_____ |
| Other: | $_____ |

**23. Annuities** (a contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.....................    Issuer name and description:

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

---

Debtor 1    _Steven_    _Edward_    _Williams_    Case number (if known) _____
First Name    Middle Name    Last Name

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1)

☐ No
☒ Yes....................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

Fidelity xxx5816    $    1,570.70

    $
    $

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes.  Give specific information about them...    $

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes.  Give specific information about them...    $

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes.  Give specific information about them...    $

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**

☒ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years..................

Federal:    $
State:    $
Local:    $

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes.  Give specific information............................

Alimony:    $
Maintenance:    $
Support:    $
Divorce settlement:    $
Property settlement:    $

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes.  Give specific information.........................    $

| Debtor 1 | Steven | Edward | Williams | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA), credit, homeowner's or renter's insurance

☐ No

☒ Yes. Name the insurance company
of each policy and list its value..

| Company name: | Beneficiary | Surrender or refund value |
|---|---|---|
| American General Term  xxx7933 | Carol Williams | $  0.00 |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No

☐ Yes. Give specific
information...................                            $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☒ Yes. Describe each
claim...........................   Pending personal injury statement (estimated)    $  15,000.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Give specific
information.....................                          $ _____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific
information.....................                          $ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................................. ->    $  427,255.21

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.

☒ Yes.  Go to line 38.

| | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes.  Describe..........                               $ _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☒ Yes.  Describe..........   Furniture                    $  3,000.00

Debtor 1    Steven           Edward           Williams              Case number (if known) _____
            First Name       Middle Name      Last Name

---

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe.......... [_____]   $ _____

**41. Inventory**

☐ No

☐ Yes. Describe.......... [_____]   $ _____

**42. Interest in partnerships or joint ventures**

☐ No

☐ Yes. Describe......   Name of entity:                          % of ownership:

_____    _____ %   $ _____

_____    _____ %   $ _____

_____    _____ %   $ _____

**43. Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe.......... [_____]   $ _____

**44. Any business-related property you did not already list**

☐ No

☐ Yes. Give specific      Issuer name and description:
information...........

_____   $ _____

_____   $ _____

_____   $ _____

_____   $ _____

_____   $ _____

_____   $ _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here  .................................................................................................... ->   | $ 3,000.00 |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No

☐ Yes...................... [_____]   $ _____

---

| Debtor 1 | Steven | Edward | Williams | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**48. Crops--either growing or harvested**

☐ No
☐ Yes. Give specific information....................

$ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes..............................

$ _____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes..............................

$ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information....................

$ _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................................................................................. ->   $ 0.00

---

**Part 7:**   **Describe All Property You Own or Have an Interest In That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information..............

$ _____
$ _____
$ _____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ................................... ->   $ _____

---

**Part 8:**   **List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2**................................................................................................ ->   $ 413,868.58

**56. Part 2: Total vehicles, line 5**   $ 20,800.00

**57. Part 3: Total personal and household items, line 15**   $ 2,070.00

**58. Part 4: Total financial assets, line 36**   $ 427,255.21

**59. Part 5: Total business-related property, line 45**   $ 3,000.00

**60. Part 6: Total farm- and fishing-related property, line 52**   $ 0.00

**61. Part 7: Total other property not listed, line 54**   +   $ 0.00

**62. Total personal property.** Add lines 56 through 61..........   $ 453,125.21   Copy personal property total -->   453,125.21

**63. Total of all property on Schedule A/B.** Add line 55 + line 62.....................................................   $ 866,993.79

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

**1. Which set of exemptions are you claiming?** *Check one only*, even if your spouse is filing with you.

☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(2)

**2. For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption. | |
| Brief description: 435 S. Tryon St., #708 | $ 47,133.01 | ☒ $ 35,000.00 | NCGS § 1601(a)(1) |
| Line from *Schedule A/B*: 1.1 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: 750 Fox Ave. | $ 77,344.00 | ☒ $ 0.00 | Non exempt |
| Line from *Schedule A/B*: 1.2 | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: 112 Squirrel Ave. | $ 55,391.57 | ☒ $ 0.00 | Non exempt |
| Line from *Schedule A/B*: 1.3 | | ☐ 100% of fair market value, up to any applicable statutory limit | |

**3. Are you claiming a homestead exemption of more than $160,375?**

(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

Debtor 1     Steven               Edward                Williams                      Case number (if known) _____
            First Name            Middle Name           Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 306 Burro Ave.<br>Line from Schedule A/B: 1.4 | $ 0.00 | [X] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | Non exempt - will surrender |
| Brief description: 102 Mexican Ave.<br>Line from Schedule A/B: 1.5 | $ | [X] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | Non exempt |
| Brief description: El Dorado Rsrt Timeshare<br>Line from Schedule A/B: 1.6 | $ 0.00 | [X] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | Non exempt - will surrender |
| Brief description: 2015 BMW<br>Line from Schedule A/B: 3.1 | $ 20,800.00 | [X] $ 3,500.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(3) |
| Brief description: Household goods<br>Line from Schedule A/B: 6 | $ 745.00 | [X] $ 745.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $ 125.00 | [X] $ 125.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Firearms<br>Line from Schedule A/B: 10 | $ 500.00 | [X] $ 500.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Wardrobe<br>Line from Schedule A/B: 11 | $ 200.00 | [X] $ 200.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Jewelry<br>Line from Schedule A/B: 12 | $ 500.00 | [X] $ 500.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Cash<br>Line from Schedule A/B: 16 | $ 400.00 | [X] $ 400.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Capital One xxx3999<br>Line from Schedule A/B: 17.1 | $ 17,476.00 | [X] $ 17,476.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |

| Debtor 1 | Steven | Edward | Williams | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Wells Fargo xxx1157<br>Line from Schedule A/B: 17.2 | $ 4,910.00 | ☒ $ 4,910.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Capital One xxx5688<br>Line from Schedule A/B: 17.3 | $ 2,012.50 | ☒ $ 2,012.50<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: First National xxx3201<br>Line from Schedule A/B: 17.6 | $ 50,000.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Non exempt |
| Brief description: First National xxx6601<br>Line from Schedule A/B: 17.7 | $ 200.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Non exempt |
| Brief description: Wells Fargo xxx6409<br>Line from Schedule A/B: 17.8 | $ 250.00 | ☒ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Non-exempt |
| Brief description: Wells Fargo xxx6417<br>Line from Schedule A/B: 17.9 | $ 5,813.14 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Non-exempt |
| Brief description: Williams Lodging, LLC<br>Line from Schedule A/B: 19 | $ 0.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Non exempt |
| Brief description: Fidelity IRA xxx1257<br>Line from Schedule A/B: 21 | $ 161,686.40 | ☒ $ 161,686.40<br>☐ 100% of fair market value, up to any applicable statutory limit | ERISA |
| Brief description: Roth IRA xxx1182<br>Line from Schedule A/B: 21 | $ 2,009.04 | ☒ $ 2,009.04<br>☐ 100% of fair market value, up to any applicable statutory limit | ERISA |
| Brief description: Ally Financial 401K<br>Line from Schedule A/B: 21 | $ 165,867.43 | ☒ $ 165,867.43<br>☐ 100% of fair market value, up to any applicable statutory limit | ERISA |
| Brief description: Education 529(b)(1)<br>Line from Schedule A/B: | $ 1,570.70 | ☒ $ 1,570.70<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(10) |

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: American General xx7933<br>Line from Schedule A/B: 31 | 0.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(6) |
| Brief description: Pending personal inj. set.<br>Line from Schedule A/B: 33 | $ 15,000.00 | ☒ $ 15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(8) |
| Brief description: Business furniture<br>Line from Schedule A/B: 39 | $ 3,000.00 | ☒ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(5) |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form

☒ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** First National Bank

Creditor's Name

414 10th St.

Number  Street

Alamagordo, NM  88310

City  State  Zip Code

Describe the property that secures the claim:

306 Burro Ave., Cloudcroft, NM
(Will Surrender)

Column A: $ 351,000.00  Column B: $ 250,000.00  Column C: $ 101,000.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number  0  0  6  2

**2.2** First National Bank

Creditor's Name

414 10th St.

Number  Street

Alamagordo, NM  88310

City  State  Zip Code

Describe the property that secures the claim:

102 Mexican Ave., Cloudcroft, NM

Column A: $ 265,000.00  Column B: $ 500,000.00  Column C: $

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number  6  6  6  2

Add the dollar value of your entries in column A on this page. Write that number here:  $ 616,000.00

Debtor 1   Steven     Edward     Williams
          First Name  Middle Name  Last Name

Case number (if known) _____

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.3** First National Bank

Creditor's Name

**Describe the property that secures the claim:**  $ 14,000.00   $ 366,735.57   $ _____

414 10th St.
Number   Street

102 Mexican Ave., Cloudcroft, NM
306 Burro Ave., Cloudcroft, NM
212 Squirrel Ave., Cloudcroft, NM
705 Fox Av., Cloudcroft, NM

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Alamagordo, NM  88310
City   State   Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

**2.4** Wells Fargo

Creditor's Name

**Describe the property that secures the claim:**  $ 277,866.99   $ 325,000.00   $ _____

PO Box 10435
Number   Street

435 S. Tryon St., #7708, Charlotte, NC  28202

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Des Moines, IA  50306
City   State   Zip Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 4/10/17   Last 4 digits of account number 6 0 5 4

**2.5** Wells Fargo

Creditor's Name

**Describe the property that secures the claim:**  $ 43,117.00   $ 120,461.00   $ _____

PO Box 10335
Number   Street

705 Fox Av., Cloudcroft, NM

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Des Moines, IA  50306
City   State   Zip Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 4/18/11   Last 4 digits of account number 6 0 3 7

| | | |
|---|---|---|
| Add the dollar value of your entries in column A on this page. Write that number here: | $ 334,983.99 | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ | |

| Debtor 1 | Steven | Edward | Williams | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | *First Name* | *Middle Name* | *Last Name* | | | |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion** If any |
|---|---|---|---|---|

**2.6** **Wells Fargo**
*Creditor's Name*

**Describe the property that secures the claim:**  $ 52,433.43  $ 106,825.00  $ _____

**PO Box 10335**
*Number   Street*

212 Squirrel Ave., Cloudcroft, MN

_____
**Des Moines, IA  50306**
*City   State   Zip Code*

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Date debt was incurred** 9/26/06    **Last 4 digits of account number** 8  0  1  5

---

**2.7** **El Dorado Resorts, Inc.**
*Creditor's Name*

**Describe the property that secures the claim:**  $ 21,000.00  $ 1,000.00  $ 20,000.00

**100 W. Liberty St.**
*Number   Street*

Timeshare - Will surrender

**Ste. 1150**

**Reno, NV  89501**
*City   State   Zip Code*

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

**2.8** **Tracey Mauter**
*Creditor's Name*

**Describe the property that secures the claim:**  $ 5,562.70  $ 5,562.70  $ _____

**PO Box 945**
*Number   Street*

_____

_____
**Cloudcroft, NM  88317**
*City   State   Zip Code*

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)    M-38-CV-2017-00565

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

| **Add the dollar value of your entries in column A on this page. Write that number here:** | $ 78,996.13 | |
|---|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages.**<br>**Write that number here:** | | $ 1,029.980.12 |

| Debtor 1 | Steven | Edward | Williams | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Name   C. William Sutherland

Number   Street   1207 New York Ave.

City   Alamagordo, NM  88310   State   Zip Code

On which line in Part 1 did you enter the creditor?   2.1

Last 4 digits of account number   ___ ___ ___ ___

---

Name   Karen Weaver

Number   Street   c/o McCarthy & Holthus LP

6501 Rock NE, Ste. A-3

City   Albuquerque, NM  87113   State   Zip Code

On which line in Part 1 did you enter the creditor?   2.1

Last 4 digits of account number   ___ ___ ___ ___

---

Name   Rebekah A. Scott Courvoisier

Number   Street   Courvoisier Law, LLC

1109 Indiana Ave.

City   Alamagordo, NM  88310   State   Zip Code

On which line in Part 1 did you enter the creditor?   2.1

Last 4 digits of account number   ___ ___ ___ ___

---

Name

Number   Street

City   State   Zip Code

On which line in Part 1 did you enter the creditor?   _____

Last 4 digits of account number   ___ ___ ___ ___

---

Name

Number   Street

City   State   Zip Code

On which line in Part 1 did you enter the creditor?   _____

Last 4 digits of account number   ___ ___ ___ ___

---

Name

Number   Street

City   State   Zip Code

On which line in Part 1 did you enter the creditor?   _____

Last 4 digits of account number   ___ ___ ___ ___

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with **PRIORITY** claims and Part 2 for creditors with **NONPRIORITY** claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). **Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your Priority Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☒ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(for an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1** Otero County Assessor
Priority Creditor's Name

1104 N. White Sands Blvd.
Number        Street

Ste. B

Alamagordo, NM  88310-6910
City                State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim $ 7,534.56    Priority amount $ 7,534.56    Nonpriority amount $

**2.2** Ms. Carol Williams
Priority Creditor's Name

6965 S. Opal Dr.
Number        Street

Chandler, AZ  85249
City                State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☒ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim $ 0.00    Priority amount $ 0.00    Nonpriority amount $

| Debtor 1 | Steven | Edward | Williams | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 2:**  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims, fill out the Continuation Page of Part 2.

(for an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

---

**4.1**  **American Express**

Nonpriority Creditor's Name

PO Box 981537
Number   Street

El Paso, TX  79998
City   State   Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    9   9   9   2    **Total claim** $ 1,985.66

**When was the debt incurred?**    9/12/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card

---

**4.2**  **American Express**

Nonpriority Creditor's Name

PO Box 981537
Number   Street

El Paso, TX  79998
City   State   Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    2   0   0   5    $ 18,097.70

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card

---

**4.3**  **Barclay's**

Nonpriority Creditor's Name

PO Box 8803
Number   Street

Wilmington, DE  19899
City   State   Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    0   2   2   2    $ 8,264.00

**When was the debt incurred?**    9/19/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card

---

| Debtor 1 | Steven | Edward | Williams | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | | **Total claim** |
|---|---|---|

**4.4**  Capital One
Nonpriority Creditor's Name

PO Box 30285
Number        Street



Salt Lake City, UT  84130
City                State      Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    4   7   0   9    $ 10,587.73

When was the debt incurred?    11/09/07

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Credit card

---

**4.5**  Capone/Cabelas
Nonpriority Creditor's Name

PO Box 30285
Number        Street



Salt Lake City, UT  84130
City                State      Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    6   3   2   5    $ 0.00

When was the debt incurred?    11/6/11

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    cc - Notice Only

---

**4.6**  Carrillo Law Firm
Nonpriority Creditor's Name

1001 E. Lohman Ave.
Number        Street



Las Cruces, NM  88001
City                State      Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    _ _ _ _    $ 3,022.61

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Attorney fees

---

| Debtor 1 | Steven | Edward | Williams | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.7** Chase
Nonpriority Creditor's Name

PO Box 15298
Number    Street


Wilmington, DE  19850
City        State    Zip Code

**Who incurred the debt?** Check one.
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt
**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number    3   8   8   5    $ 9,914.00

**When was the debt incurred?**    9/14/15

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify    cc

**4.8** Chase
Nonpriority Creditor's Name

PO Box 15298
Number    Street


Wilmington, DE  19850
City        State    Zip Code

**Who incurred the debt?** Check one.
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt
**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number    4   7   2   0    $ 14,179.00

**When was the debt incurred?**    10/09/01

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify    Credit card

**4.9** Chase
Nonpriority Creditor's Name

PO Box 15298
Number    Street


Wilmington, DE  19850
City        State    Zip Code

**Who incurred the debt?** Check one.
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt
**Is the claim subject to offset?**
[ ] No
[ ] Yes

Last 4 digits of account number    4   7   2   0    $ 13,802.00

**When was the debt incurred?**    9/3/14

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify    Credit card

| Debtor 1 | Steven | Edward | Williams | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.10**  Chase
Nonpriority Creditor's Name

PO Box 15298
Number       Street

Wilmington, DE  19850
City          State   Zip Code

Last 4 digits of account number    4   6   3   1    $ 26,683.48

When was the debt incurred?        7/2/12

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Credit card

**4.11**  Citicards/Citibank
Nonpriority Creditor's Name

PO Box 6241
Number       Street

Sioux Falls, SD  57117
City          State   Zip Code

Last 4 digits of account number    2   4   1   7    $ 0.00

When was the debt incurred?        9/10/14

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Credit card

**4.12**  Collection Resources, Inc.
Nonpriority Creditor's Name

1100 S. Main St.
Number       Street

Ste. 20

Las Cruces, NM  88005
City          State   Zip Code

Last 4 digits of account number    0   1   3   6    $ 274.00

When was the debt incurred?        2/23/15

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Collection -El Paso Cons.

Debtor 1   Steven        Edward        Williams          Case number (if known) _____
          First Name    Middle Name   Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |

---

**4.13** Discover Card
Nonpriority Creditor's Name

PO Box 15316
Number      Street


Wilmington, DE  19850
City          State   Zip Code

**Who incurred the debt?** Check one.
[x] Debtor 1 only
[ ] Debtor 2 only

[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another

[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number   1  1  0  0   $ 318.58

When was the debt incurred?   8/10/89

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify   Credit card

---

**4.14** Jeremy Trujillo, Esq.
Nonpriority Creditor's Name

Trujillo Law LLC
Number      Street
PO Box 9241

Albuquerque, NM  87119
City          State   Zip Code

**Who incurred the debt?** Check one.
[ ] Debtor 1 only
[ ] Debtor 2 only

[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another

[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Last 4 digits of account number   _  _  _  _   $ 0.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify   Notice Only

---

**4.15** Ms. Louella Williams
Nonpriority Creditor's Name

4104 Dawn Dr.
Number      Street


Benbrook, TX  76116
City          State   Zip Code

**Who incurred the debt?** Check one.
[x] Debtor 1 only
[ ] Debtor 2 only

[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another

[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number   _  _  _  _   $ 50,000.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify   Personal loan

---

| Debtor 1 | Steven | Edward | Williams | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.16**   Syncb/Amazon
Nonpriority Creditor's Name

Last 4 digits of account number   **4   5   7   8**   $ **10.00**

PO Box 965015
Number      Street

When was the debt incurred?   **6/5/16**

Orlando, FL  32896
City          State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card

---

**4.17**
Nonpriority Creditor's Name

Last 4 digits of account number   _ _ _ _   $

Number      Street

When was the debt incurred?

City          State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

**4.18**
Nonpriority Creditor's Name

Last 4 digits of account number   _ _ _ _   $

Number      Street

When was the debt incurred?

City          State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

Debtor 1    Steven          Edward          Williams          Case number (if known) _____
            First Name      Middle Name     Last Name

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 7,534.56 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. **Total. Add lines 6a through 6d.** | 6e. | $ 7,534.56 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 162,701.46 |
| | 6j. **Total. Add lines 6f through 6i.** | 6j. | $ 162,701.46 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Steven | Edward | Williams |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western__    District of __North Carolina__
(State)

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B)

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| **2.1** | Real Property Management Charlotte Metro | Management for Rental of 435 S. Tryon St., #708 Charlotte, NC |
| | Name | |
| | 315 Main St., Ste. E | |
| | Number    Street | |
| | Pineville, NC  28134 | |
| | City                State        Zip Code | |
| **2.2** | J&J General Construction | Construction contract for repairs to real property |
| | Name | |
| | PO Box 1893 | |
| | Mesilla Park, NM  88047 | |
| | Number    Street | |
| | City                State        Zip Code | |
| **2.3** | | |
| | Name | |
| | Number    Street | |
| | City                State        Zip Code | |
| **2.4** | | |
| | Name | |
| | Number    Street | |
| | City                State        Zip Code | |
| **2.5** | | |
| | Name | |
| | Number    Street | |
| | City                State        Zip Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an
  amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☒ Yes

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live?                     Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City                              State        Zip Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: Your codebtor | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** Ms. Carol Williams<br>Name<br>6965 S. Opal Dr.<br>Number       Street<br>Chandler, AZ  85249<br>City                    State    Zip Code | ☒ Schedule D, line  2.1, 2.2, 2.3<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number       Street<br>_____<br>City                    State    Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Number       Street<br>_____<br>City                    State    Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

|  |  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if that applies. | **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | Computer Consultant | |
| | **Employer's name** | Crossvale | |
| | | 4201 Spring Valley Rd. | |
| | | Number     Street | Number     Street |
| | | | |
| | | Dallas, TX  75244 | |
| | | City          State    Zip Code | City          State    Zip Code |
| | **How long employed there?** | 9 mos. | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 14,323.34 | $ |
| **3. Estimate and list monthly overtime pay.** | 3. + | $ | $ |
| **4. Calculate gross income. Add line 2 + line 3.** | 4. | $ 14,323.34 | $ |

Debtor 1    Steven      Edward      Williams        Case number (if known) _____
       First Name       Middle Name       Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here..........................................................-> | 4. | $ 14,323.34 | $ |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 4,097.91 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 1,431.33 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. Insurance | 5e. | $ 70.92 | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ | $ |
| 5h. Other deductions. Specify: Healthcare svc | 5h. + | $ 8.00 | $ |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 5,608.16 | $ |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 8,715.18 | $ |
| **8. List all other income regularly received:** | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ |
| 8b. Interest and dividends | 8b. | $ | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ |
| 8d. Unemployment compensation | 8d. | $ | $ |
| 8e. Social Security | 8e. | $ | $ |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ | $ |
| 8g. Pension or retirement income | 8g. | $ | $ |
| 8h. Other monthly income. Specify: | 8h. + | $ | $ |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ |

**10. Calculate monthly income.** Add line 7 + line 9.     10.   $ 8,715.18  +  $ _____  = $ 8,715.18

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + $ _____

**12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**

Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.   $ 8,715.18

                                                                       **Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

[x] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

**1. Is this a joint case?**

☒ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2

Do not state the dependents' names.

☐ No

☒ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 20 yrs. | ☒ No ☐ Yes |
| Son | 16 yrs | ☒ No ☐ Yes |
| Son | 15 yrs | ☒ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No

☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

**4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4. $ _____

**If not included in line 4:**

4a. Real estate taxes — 4a. $ _____

4b. Property, homeowner's, or renter's insurance — 4b. $ 37.17

4c. Home maintenance, repair, and upkeep expenses — 4c. $ 33.00

4d. Homeowner's association or condominium dues — 4d. $ 100.00

Debtor 1  Steven          Edward              Williams                    Case number (if known) _____
          First Name      Middle Name         Last Name

|  | Your expenses |
|---|---|

**5.** **Additional mortgage payments for your residence,** such as home equity loans  5. $ _____

**6.** **Utilities:**

   6a.  Electricity, heat, natural gas  6a. $ __180.00__

   6b.  Water, sewer, garbage collection  6b. $ _____

   6c.  Telephone, cell phone, Internet, satellite, and cable services  6c. $ __60.00__

   6d.  Other.  Specify: _____  6d. $ _____

**7.  Food and housekeeping supplies**  7. $ __240.00__

**8.  Childcare and children's education costs**  8. $ __500.00__

**9.  Clothing, laundry, and dry cleaning**  9. $ __240.00__

**10.  Personal care products and services**  10. $ __100.00__

**11.  Medical and dental expenses**  11. $ __10.00__

**12.  Transportation.**  Include gas, maintenance, bus or train fare.
   Do not include car payments.  12. $ _____

**13.  Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $ __300.00__

**14.  Charitable contributions and religious donations**  14. $ _____

**15.  Insurance.**  Include first mortgage payments
   Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance  15a. $ __54.69__

   15b.  Health insurance  15b. $ _____

   15c.  Vehicle insurance  15c. $ _____

   15d.  Other insurance.  Specify: _____  15d. $ __177.31__

**16.  Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20.
   Specify: _____  16. $ _____

**17.  Installments or lease payments:**

   17a.  Car payments for Vehicle 1  17a. $ _____

   17b.  Car payments for Vehicle 2  17b. $ _____

   17c.  Other.  Specify:  Fox Street mortgage  17c. $ __759.00__

   17d.  Other.  Specify:  Squirrel Street mortgage  17d. $ __589.00__

**18.  Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I)**  18. $ __1,000.00__

**19.  Other payments you make to support others who do not live with you.**
   Specify: _____  19. $ _____

**20.  Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.  Mortgages on other property  20a. $ _____

   20b.  Real estate taxes  20b. $ _____

   20c.  Property, homeowner's or renter's insurance  20c. $ _____

   20d.  Maintenance, repair, and upkeep expenses  20d. $ _____

   20e.  Homeowner's association or condominium dues  20e. $ _____

Debtor 1    Steven          Edward          Williams                          Case number (if known) _____
           First Name      Middle Name     Last Name

**21. Other.** Specify: _____    21. **+** $ _____

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21                                22a.   $ _____

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $ _____

22c. Add line 22a and 22b.  The result is your monthly expenses.    22c.   $   4,591.17

**23. Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.   $   8,715.18

23b. Copy your monthly expenses from line 22c above.    23b. **-** $   4,591.17

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income.*    23c.   $   4,124.01

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

[x] No.

[ ] Yes.

Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven | Edward | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of your Assets and Liabilities and Certain Statistical Information   **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:    Summarize Your Assets**

|  | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.......................... | $  413,868.58 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.......................... | $  453,125.21 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.......................... | $  866,993.79 |

**Part 2:    Summarize Your Liabilities**

|  | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of *Schedule D*..... | $  1,029,980.12 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $  7,534.56 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.............................. | $  162,701.46 |
| **Your total liabilities** | $  1,200,216.14 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................... | $  8,715.18 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.......................... | $  4,591.17 |

| Debtor 1 | Steven | Edward | Williams | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:**     **Answer These Questions for Administrative and Statistical Records**

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13**

☐  No.  You have nothing else to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒  Yes

**7. What kind of debts do you have?**

☒  **Your debts are primarily consumer debts.**  Consumer debts art those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the Statement of Your Current Monthly Income:** Copy your total current monthly income from Official Form 122A-1 Line 11, OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$__14,323.34____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $__0.00__ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $__7,534.56__ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $__0.00__ |
| 9d. Student loans. (Copy line 6f.) | $__0.00__ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g) | $__0.00__ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $__0.00__ |
| 9g.  **Total.** Add lines 9a through 9f. | $__7,534.56__ |

| Fill in this information to identify your case: | | |
|---|---|---|

Debtor 1    Steven    Edward    Williams
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Western    District of    North Carolina
(State)

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.    Name of person _____    Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Steven Williams
Signature of Debtor 1

X
Signature of Debtor 2

Date  03/12/2019
MM / DD / YYYY

Date
MM / DD / YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western _____ District of    North Carolina, Charlotte Division

**In re**

**Debtor** ___Steven Edward Williams_____

Case No. _____

Chapter _____13_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................   $4,500.00

Prior to the filing of this statement I have received...................................................   $1,000.00

Balance Due.............................................................................................................   $3,500.00

2.  The source of the compensation paid to me was:

    [X] Debtor        [ ] Other (specify): _____

3.  The source of compensation to be paid to me is:

    [X] Debtor        [ ] Other (specify): _____

4.  [X]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with an other person or persons who are not members or associates of my law firm.

    A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/12/2019
Date

/s/ BLWhite
Signature of Attorney

Barbara L. White, Attorney at Law
Name of Law Firm

**Local Form 3**                                                                                   **(September  2016)**

Debtor(s)  Steven Edward Williams _____

## DISCLOSURE TO DEBTOR(S) OF ATTORNEYS FEE PROCEDURE
## FOR CHAPTER 13 CASES IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

After consultation with the undersigned attorney, you have decided to file a petition for relief under Chapter 13 of the United States Bankruptcy Code.  Accordingly, you are hereby given notice that pursuant to the Local Rules of the Bankruptcy Court, the presumptive base fee for a Chapter 13 case is established at  $4,500.  Payment of all or part of this fee may be included in your payments to the Chapter 13 Trustee.  The attorney's services included in the base fee are those normally contemplated in a Chapter 13 case.  They are as follows:

(a)   Providing the pre-filing notices required by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005;

(b)   Preparation and filing of your petition, schedules, supplemental local forms, Chapter 13 Plan, and mailing matrix;

(c)   Circulating a copy of the Chapter 13 plan to all creditors and interested parties as reflected in the case matrix and service of amended plan if appropriate;

(d)   Drafting and mailing letters to you regarding your attendance at the § 341 meeting of creditors, escrow of first money, and your other responsibilities;

(e)   Preparing for and attending the §341 meeting of creditors;

(f)   Reviewing the confirmation order and periodic case status reports from the Chapter 13 Trustee;

(g)   Reviewing the Motion of Trustee for Determination of Status of Claims in confirmed plan;

(h)   Maintaining custody and control of all case files with original documents for such periods as prescribed by law or Local Rule;

(i)   Serving orders on all affected parties;

(j)   Verifying your identity and social security number and furnishing to the Chapter 13 Trustee your IDs, tax returns, and payment advices, if required;

(k)   Defending objections to confirmation of your Chapter 13 Plan filed by the Chapter 13 Trustee; and

(l)   Preparing and filing Local Form 8 or Local Form 8HD.

The base fee shall also include the following services to the extent they are requested or reasonably necessary for your effective representation:

(a)   Preparing and filing proofs of claim on your behalf for your creditors;

(b)   Drafting and filing objections to scheduled and unscheduled proofs of claim;

(c)   Assuming and rejecting unexpired leases and executory contracts;

(d)   Preparing for and attending valuation hearings;

(e)   Motions to transfer venue;

(f)   Conferring with you regarding obtaining post-petition credit where no formal application is ultimately filed;

(g)   Drafting motions to avoid liens pursuant to § 522(f);

(h)   Calculating plan payment modifications, where no formal motion is ultimately filed;

(i)   Responding to creditor contacts regarding plan terms, valuation of collateral, claim amounts, and the like;

(j)   Responding to your contacts regarding job losses, changes in your financial circumstances, address changes, and advising the Court and the Chapter 13 Trustee of the same when appropriate;

(k)   Communicating with you, to a degree that is reasonable, regarding mortgage payment defaults, lease defaults, insurance coverage or the lack

thereof, warranties, possible credit disability, life insurance coverage, and the like;

(l)   Obtaining and providing the Chapter 13 Trustee with copies of documents relating to lien perfection issues, such as recorded deeds of trust, purchase money security agreements, and the like;

(m)   Drafting and mailing letters to creditors upon entry of discharge regarding lien releases, turnover of clear title certificates, cancellation of deeds of trust and judgments, and the like;

(n)   Drafting and mailing of certified letters to creditors regarding matters related to alleged violations of the automatic stay.

(o)   Drafting and mailing letters regarding voluntary turnover of property.

(p)   Reviewing documents in relation to the use or sale of collateral when no formal application is ultimately filed.

(q)   Providing you with a list of answers to frequently asked questions and other routine communications with you during the pendency of the case.

(r)   Requesting plan payoffs from the Chapter 13 Trustee.

In some Chapter 13 cases, legal services which are beyond those normally contemplated must be performed.  These legal services are not covered by the base fee.  These "non-base" services include the following:

(a)   Abandonment of property post-confirmation;

(b)   Motions for moratorium;

(c)   Motions for authority to sell property;

(d)   Motions to modify plan;

(e)   Motions to use cash collateral or to incur debt.

(f)   Defense of motions for relief from stay or co-debtor stay;

(g)   Defense of motions to dismiss filed after confirmation of your plan;

(h)   Stay violation litigation, including amounts paid as fees by the creditor or other parties;

(i)   Post-discharge injunction actions;

(j)   Adversary proceedings;

(k)   Motions to turnover property;

(l)   Conversions to Chapter 7;

(m)   Motions to substitute collateral; and

(n)   Any other matter not covered by the base fee

For such "non-base" services you will be charged on the basis of attorney's time expended at the rate of $300.00 per hour plus the amount of expenses incurred (such as court fees, travel, long distance telephone, photocopying, postage, etc.). Such "non-base" fees are chargeable only after the same are approved by the Bankruptcy Court. Except as set forth below, before any such fees are charged you will receive a copy of my motion filed in the Court requesting approval of any such "non-base" fees as well as a notice explaining your opportunity to object if you do not agree with the fee applied for. Any fees awarded for "non-base" services will be paid to the undersigned attorney from your payments to the Chapter 13 Trustee in the same way as payment of "base" fees. **It is possible that "non-base" fees approved by the Court may cause your payment to the Chapter 13 Trustee to be increased or the term of your Chapter 13 plan extended.** Whether or not a payment increase or an extension will be necessary depends upon the facts of your case. If a payment increase is necessary because of a court-approved "non-base" fee, the Chapter 13 Trustee will notify you of the amount of the increase.

In the Court's discretion, your attorney in a Chapter 13 proceeding may request, in open court, and without any other notice, "non-base" fees for the following services in amounts not exceeding those shown below. Without other notice, your attorney may also request [the actual expenses of filing fees and of notice to creditors.] OR [up to $1.00 for each item noticed to creditors as expense for postage, copying, and envelopes. These fees may be adjusted (increased) by the Court at a later date, and, if so, those adjusted fees will then be charged.]

| | | |
|---|---|---|
| (a) | Defense of motion to dismiss | $200.00 |
| (b) | Motion to modify and order (including motion for moratorium, motion for hardship discharge, motion to approve insurance settlement, and other motions that require plan modification) | $450.00 |
| (c) | Substitution of collateral | $450.00 |
| (d) | Prosecution or defense of motion for relief from stay or co-debtor stay and order | $450.00 |
| (e) | Motion for authority to sell property and order | $450.00 |
| (f) | Motion to obtain credit | $450.00 |
| (g) | Permission from Chapter 13 Trustee to obtain credit (to be filed as an administrative claim) | $200.00 |
| (h) | Motion to continue or impose the automatic stay | $350.00 |
| (i) | When substitute legal counsel is retained by a Chapter 13 debtor, such substituted counsel is entitled to a presumptive base fee of $500 without formal application to the Court, provided that the order allowing substitute counsel specifies both the amount of the fee and whether the fee is paid direct by the debtor or through the plan. | |
| (j) | Preparation and filing of conduit mortgage claim with recorded deed of trust, Official Bankruptcy Form B 10A, and Local Form 14 (to be filed as an administrative claim) | $350.00 |
| (k) | Objection to proof of claim of a Real Property Creditor | $450.00 |
| (l) | Consent to an amended proof of claim in lieu of an objection to a motion to modify stay or to an amended proof of claim where the debtor has failed to make post-petition payments | $450.00 |
| (m) | Motion to incur debt related to the approval of a loan modification with a real property creditor | $450.00 |
| (n) | Motion to declare mortgage current | $450.00 |

## ACKNOWLEDGMENT

I hereby certify that I have read this notice and that I have received a copy of this notice.

Dated: 03/12/2019            /s/  Steven Williams
                             Debtor's Signature

Dated:

                             Spouse's Signature

I hereby certify that I have reviewed this notice with the debtor(s) and that the debtor(s) have received a copy of this notice.

Dated: 3/12/2019            /s/  BLWhite
                             Attorney

# United States Bankruptcy Court

**Western** District of **North Carolina, Charlotte Division**

In re: Steven Edward Williams

**Debtor**

Case No. _____

**(If known)**

## CERTIFICATION OF MAILING MATRIX CREDITOR LIST

    I hereby certify that the attached Mailing Matrix Creditor List, which consists of 3 page(s), is true, correct and complete to the best of my knowledge.

Date: 03/12/2019

Signature: /s/ Steven Williams

Debtor

Date: _____

Signature: _____

Joint Debtor, if any

(If joint case, both spouses must sign)

**Master Mailing Matrix**
Steven Edward Williams

Mr. Steven E. Williams
4104 Dawn Dr.
Benbrook, TX  76116


U.S. Attorney's Office
227 W. Trade St., Suite 1700
Charlotte, NC  28202


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


NC Department of Revenue
PO Box 1168
Raleigh, NC  27602


City-County Tax Collector
PO Box 31637
Charlotte, NC  28231


Otero County Assessor
1104 N. White Sands Blvd.
Ste. B
Alamagordo, NM  88310-6910


American Express
PO Box 981537
El Paso, TX  79998


Barclay's
PO Box 8803
Wilmington, DE  19899


C. William Sutherland
1207 New York Ave.
Alamogordo, NM  88310


Capital One
PO Box 30285
Salt Lake City, UT  84130


Capone/Cabelas
PO Box 30285
Salt Lake City, UT  84130


Carrillo Law Firm
1001 E. Lohman Ave.
Las Cruces, NM  88001

Chase
PO Box 15298
Wilmington, DE  19850


Citicards/Citibank
PO Box 6241
Sioux Falls, SD  57117


Collection Resources, Inc.
1100 S. Main St.
Ste. 20
Las Cruces, NM  88005


Discover Card
PO Box 15316
Wilmington, DE  19850


El Dorado Resorts, Inc.
100 W. Liberty St.
Ste. 1150
Reno, NV  89501


First National Bank
414 10th St.
Alamagordo, NM  88310


Jeremy Trujillo, Esq.
Trujillo Law LLC
PO Box 9241
Albuquerque, NM  87119


J&J General Construction
PO Box 1893
Mesilla Park, NM  88047


Karen Weaver
c/o McCarthy & Holthus LP
6501 Rock NE
Ste. A-3
Albuquerque, NM  87113


Ms. Carol Williams
6965 S. Opal Dr.
Chandler, AZ  85249


Ms. Louella Williams
4104 Dawn Dr.
Benbrook, TX  76116

Rebekah A. Scott Courvoisier
Courvoisier Law, LLC
1109 Indiana Ave.
Alamagordo, NM  88310

Syncb/Amazon
PO Box 965015
Orlando, FL  32896

Tracey Mauter
PO Box 945
Cloudcroft, NM  88317

Wells Fargo
PO Box 10435
Des Moines, IA  50306

Wells Fargo
PO Box 10335
Des Moines, IA  50306